*Appearing Pro Hac Vice*
Kenneth R. Schachter (New York SBN 1508274)
Sills, Cummis & Gross, P.C.
One Rockefeller Plaza
New York, New York 10020
Telephone: (212) 643-7000
Facsimile: (212) 643-6500
Email: kschachter@sillscummis.com

Attorneys for Defendant
DIVATEX HOME FASHION, INC.

***E-FILED - 4/2/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation and HIMATSINGKA AMERICA INC., a New York corporation and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO.:  CV 08-5660 RMW<br><br>**JOINT STIPULATION AND ORDER STAYING CASE MANAGEMENT CONFERENCE** |

Plaintiff, E&E CO., LTD., and Defendants, DIVATEX HOME FASHION, INC., DWI HOLDINGS, INC., and HIMATSINGKA AMERICA INC., by their counsel, hereby stipulate to stay the Case Management Conference, currently set for April 15, 2009, in light of the motion to dismiss filed by Defendants DWI HOLDINGS, INC. and HIMATSINGKA AMERICA INC. on February 25, 2009.

1 | DATED: March 5, 2009

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By  /s/ Edwin H. Wheeler
   Joel M. Freed
   Edwin H. Wheeler

Attorneys for Defendants
DWI HOLDINGS, INC. AND HIMATSINGKA AMERICA INC.

DATED: March 5, 2009

Respectfully submitted,

SHARTSIS FRIESE LLP

By  /s/ Robert Charles Ward
   Robert Charles Ward
   James P. Martin
   Felicia A. Draper
   Katherine R. Miller

Attorneys for Plaintiff
E&E CO., LTD.

DATED: March 5, 2009

Respectfully submitted,

PIERCE & SHEARER LLP

By  /s/ Scott A. Berman
   Scott A. Berman
   Andrew F. Pierce
   Kenneth R. Schachter

Attorneys for Defendants
DIVATEX HOME FASHION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation and HIMATSINGKA AMERICA INC., a New York corporation and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: CV 08-5660 RMW<br><br>**[] ORDER STAYING CASE MANAGEMENT CONFERENCE** |

**ORDER**

Good cause appearing therefore, it is hereby ORDERED that the Case Management Conference scheduled for April 15, 2009, is hereby stayed and reset to July 10, 2009 @ 10:30 a.m.

IT IS SO ORDERED.

DATED: __4/2/09_____

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court Judge

CERTIFICATION BY EDWIN H. WHEELER PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of McDermott Will & Emery LLP, counsel for Defendants DWI Holdings, Inc. and Himatsingka America, Inc. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 5thday of March 2009.

         /s/ Edwin H. Wheeler
        Edward H. Wheeler

MPK 151018-1.084087.0010

**STIPULATION AND ORDER STAYING DATE FOR CMC**   -5-   **CASE NO. CV 08-5660 (RMW)**