1  SHARTSIS FRIESE LLP
   ROBERT CHARLES WARD (Bar #160824)
2  JAMES P. MARTIN (Bar #170044)
   FELICIA A. DRAPER (Bar #242668)
3  KATHERINE R. MILLER (Bar #247390)
   One Maritime Plaza, Eighteenth Floor
4  San Francisco, CA 94111
   Telephone: (415) 421-6500
5  Facsimile: (415) 421-2922
   Email: rward@sflaw.com
6         jmartin@sflaw.com
          fdraper@sflaw.com
7         kmiller@sflaw.com

***E-FILED - 4/2/09***

8  Attorneys for Plaintiff
   E&E Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E Co., Ltd., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation and HIMATSINGKA AMERICA, INC., a New York corporation and DOES 1-100, inclusive,<br><br>Defendant. | Case No. C-08-05660 RMW<br><br>**STIPULATION AND []<br>ORDER REGARDING FILING OF AMENDED COMPLAINT AND BRIEFING AND HEARING SCHEDULE REGARDING MOTION TO DISMISS** |

## RECITALS

A.  On December 18, 2008, plaintiff E&E Co., Ltd. ("E&E") filed its Complaint against Divatex Home Fashion, Inc. ("Divatex"), DWI Holdings, Inc. ("DWI"), and Himatsingka America, Inc. ("Himatsingka"), alleging claims for copyright infringement and unlawful competition.

B.  On January 7, 2009, DWI and Himatsingka filed its Answer and Counterclaim against E&E. DWI and Himatsingka's Counterclaim sought declaratory judgment, and alleges

- 1 -
MASTER CAPTION

1  claims for tortious interference with business relations and unlawful competition.

2      C.    On January 28, 2009, E&E filed its Answer to DWI and Himatsingka's
3  counterclaim.

4      D.    On January 30, 2009, Divatex filed its Answer to E&E's Complaint.

5      E.    On February 25, 2009, DWI and Himatsingka filed a Motion to Dismiss for
6  Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6) and for Lack of
7  Jurisdiction ("Motion").

8      F.    Pursuant to this Stipulation by all parties, E&E seeks to file the Amended
9  Complaint attached hereto as Exhibit A.

10     G.    Pursuant to this Stipulation by all parties, the Motion filed by DWI and
11 Himatsingka shall apply to the Amended Complaint and the May 1, 2009 hearing date for the
12 Motion shall remain unchanged.

## STIPULATION

IT IS HEREBY STIPULATED and agreed by and between E&E, DWI, Himatsingka, and Divatex, through their respective counsel of record, that:

1. E&E shall file its Amended Complaint on or before April 3, 2009;

2. E&E shall file its Opposition to DWI and Himatsingka's Motion, on or before April 6, 2009;

3. DWI and Himatsingka shall file their Reply on or before April 17, 2009; and

4. The hearing for the Motion shall be scheduled for May 1, 2009 at 9:00 a.m.

DATED: April 1, 2009    SHARTSIS FRIESE LLP

By:*/s/ James P. Martin*
    JAMES P. MARTIN

Attorneys for Plaintiff
E&E CO., LTD.

| | | |
|---|---|---|
| DATED: | April 1, 2009 | MCDERMOTT WILL & EMERY LLP |

By: */s/ Edwin Wheeler*
      EDWIN WHEELER

Attorneys for Defendants DWI HOLDINGS, INC. AND HIMATSINGKA AMERICA, INC.

| | | |
|---|---|---|
| DATED: | April 1, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: */s/ Robert P. Andris*
      ROBERT P. ANDRIS

Attorneys for Defendant DIVATEX HOME FASHION, INC.

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:    April 2, 2009           By: *Ronald M. Whyte*
                                       HON. RONALD M. WHYTE

6197\009\1576946.2