SHARTSIS FRIESE LLP
Robert Charles Ward (SBN 160824)
James P. Martin (SBN 170044)
Felicia A. Draper (SBN 242668)
Katherine R. Miller (SBN 247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: 415.421.6500
Facsimile: 415.421.2922
Email: rward@sflaw.com
       jmartin@sflaw.com
       fdraper@sflaw.com
       kmiller@sflaw.com

Attorneys for Plaintiff
E&E CO., LTD.

Edwin H. Wheeler (SBN 189991)
Philip C. Ducker (SBN 262644)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: 650.815.7400
Facsimile: 650.815.7401
Email: ewheeler@mwe.com
       pducker@mwe.com

Joel M. Freed
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, DC 20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087
Email: jfreed@mwe.com

Attorneys for Defendants DWI Holdings,
Inc. and Himatsingka America Inc.

ROBERT P. ANDRIS (SBN 130290)
ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: 650.364.8200
Facsimile: 650.780.1701
Email: randris@rmkb.com
       evasquez@rmkb.com

*Appearing Pro Hac Vice*
Kenneth R. Schachter (New York SBN 1508274)
Sills, Cummis & Gross, P.C.
One Rockefeller Plaza
New York, New York 10020
Telephone: 212.643.7000
Facsimile: 212.643.6500
Email: kschachter@sillscummis.com

Attorneys for Defendant
DIVATEX HOME FASHION, INC.

*E-FILED - 4/30/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>  Plaintiff,<br>  v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation and HIMATSINGKA AMERICA INC., a New York corporation and DOES 1-100, inclusive,<br><br>  Defendants. | CASE NO.: CV 08-5660 (RMW)<br><br>**STIPULATION AND [<br>ORDER TO CONTINUE HEARING DATE<br>FOR MOTION TO DISMISS** |

STIPULATION AND [] ORDER TO
CONTINUE HEARING DATE FOR MOTION TO
DISMISS

CASE NO.: CV 08-5660 (RMW)

1  Plaintiff E&E Co., Ltd. ("E&E"), Defendants DWI Holdings, Inc. ("DWI") and
2  Himatsingka America, Inc. ("Himatsingka") and Divatex Home Fashion, Inc. ("Divatex")
3  (collectively, the "parties) hereby stipulate and agree, by and through their undersigned counsel of
4  record, as follows:

5  WHEREAS, DWI and Himatsingka noticed their Motion to Dismiss for May 1, 2009;

6  WHEREAS, the Court has continued the hearing date for Defendants' Motion to Dismiss
7  to May 8, 2009;

8  WHEREAS, counsel for DWI and Himatsingka are unavailable on May 8, 2009;

9  THEREFORE, the parties, by and through their counsel of record, hereby stipulate and
10 jointly move the Court to continue the hearing date until June 5, 2009, or as soon thereafter as the
11 Court's calendar permits.

Dated: April 23, 2009           McDERMOTT WILL & EMERY LLP

                                By:     /s/ Philip C. Ducker
                                        Philip C. Ducker

                                        Edwin H. Wheeler (SBN 189991)
                                        Philip C. Ducker (SBN 262644)
                                        Joel M. Freed

                                        Attorneys for Defendants
                                        DWI HOLDINGS, INC. AND
                                        HIMATSINGKA AMERICA INC.

Dated: April 23, 2009           ROPERS, MAJESKI, KOHN & BENTLEY

                                By:     /s/ Robert P. Andris
                                        Robert P. Andris
                                        Elise R. Vasquez

                                        Attorneys for Defendant
                                        DIVATEX HOME FASHION, INC.

Dated: April 23, 2009           SHARTSIS FRIESE LLP

                                By:     /s/ Robert C. Ward
                                        Robert Charles Ward
                                        James P. Martin
                                        Felicia A. Draper
                                        Katherine R. Miller

                                        Attorneys for Plaintiff
                                        E&E CO., LTD.

MPK 152697-1.084087.0011

STIPULATION AND [] ORDER TO
CONTINUE HEARING DATE FOR MOTION TO         - 2 -                CASE NO.: CV 08-5660 (RMW)
DISMISS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation and HIMATSINGKA AMERICA INC., a New York corporation and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO.:  CV 08-5660 RMW<br><br>**[] ORDER<br>CONTINUING HEARING DATE<br>FOR MOTION TO DISMISS** |

### **ORDER**

Pursuant to the Stipulation between the parties, it is hereby ORDERED that the hearing on Defendants DWI and Himatsingka's Motion to Dismiss shall be continued to June 5, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  4/30/09

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge

MPK 152697-1.084087.0011

| | | |
|---|---|---|
| STIPULATION AND [ ORDER TO CONTINUE HEARING DATE FOR MOTION TO DISMISS | - 3 - | CASE NO.:  CV 08-5660 (RMW) |

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park