**United States District Court**
For the Northern District of California

**E-FILED on** 06/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E&E CO., LTD., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation, and HIMATSINGKA AMERICA, Inc., a New York corporation<br><br>Defendants. | No. C-08-05660 RMW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>**Re Docket No. 23** |

Defendants DWI Holdings, Inc. and Himatsingka America, Inc. move to dismiss plaintiff E&E Co., Ltd.'s claim for unfair competition in violation of California Business and Professional Code § 17200. The court grants defendants' motion to dismiss because the effect of allowing the case to go forward would be to permit the extra-territorial enforcement of Chinese law, and it does not appear that § 17200 was intended to accomplish that.

DATED:     06/15/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS—No. C-08-05660 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Felicia Ann Draper | fdraper@sflaw.com |
| Katherine Renee Miller | kmiller@sflaw.com |
| Robert Charles Ward | rward@sflaw.com |
| James Patrick Martin | jmartin@sflaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Edwin Hill Wheeler | ewheeler@mwe.com |
| Phillip C. Ducker | pducker@mwe.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   06/15/09                                                   JAS                                     
                                                                **Chambers of Judge Whyte**