1

2

3

4       *E-FILED - 8/28/09*

5

6

7

8           UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

12  E&E CO., LTD., a California corporation,      CASE NO.  5:08-CV-05660-RMW

13              Plaintiff,                        **[] ORDER GRANTING
                                                 SUBSTITUTION OF ATTORNEY OF**
14  v.                                           **DIVATEX HOME FASHION, INC.**

15  DIVATEX HOME FASHION, INC., a
    New York corporation, DWI HOLDINGS,
16  INC., a Delaware corporation and
    HIMATSINGKA AMERICA INC., a New
17  York corporation, et al.,

18              Defendants.

19

20          Pursuant to the Substitution of Attorney filed on March 24, 2009, by defendant Divatex

21  Home Fashion, Inc.,

22          IT IS HEREBY ORDERED that the substitution of attorney is hereby approved.

23  Dated: _____8/28/09_____

24                                              _Ronald M. Whyte_

25                                              _____
                                                HONORABLE RONALD M. WHYTE
26                                              UNITED STATES DISTRICT COURT JUDGE

27

28

RC1/5285810.1/LD                                [] ORDER GRANTING
                                                SUBSTITUTION OF ATTORNEY FOR DIVATEX
                                                5:08-CV-05660-RMW