1  ROBERT P. ANDRIS (SBN 130290)
   LAEL D. ANDARA (SBN 215416)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA  94063-2052
   Telephone:     (650) 364-8200
4  Facsimile:      (650) 780-1701
   Email: randris@rmkb.com
5          landara@rmkb.com

6  KENNETH R. SCHACHTER
   SILLS, CUMMIS & GROSS P.C.
7  One Rockefeller Plaza
   New York, NY  10020
8  Telephone:     (212) 643-7000                    *E-FILED - 12/21/09*
   Facsimile:      (212) 643-6500
9  Email: kschachter@sillscummis.com
   *Appearing Pro Hac Vice*
10
   Attorneys for Defendant
11 DIVATEX HOME FASHION, INC.

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16 E&E CO., LTD., a California corporation,      CASE NO.  5:08-CV-05660-RMW

17              Plaintiff,                       **MOTION TO MODIFY SCHEDULING
                                                 ORDER: DISCOVERY STIPULATION
18 v.                                            AND [] ORDER**

19 DIVATEX HOME FASHION, INC., a                 **[Fed. Rule. Civ. Proc. 16]**
   New York corporation, et al.,
20
                Defendants.
21                                               **Complaint Filed: December 18, 2008**

22

23      Plaintiff E&E Co., Ltd. and Defendant Divatex Home Fashion, Inc., through their

24 respective undersigned counsel, stipulate that there is good cause to modify the scheduling order

25 to allow sufficient time to complete written discovery and depositions previously served.

26      WHEREAS the Court's current scheduling order of August 11, 2009, creates an

27 obligation on the parties to complete fact discovery by December 15, 2009, the parties have

28 stipulated and respectfully request the Court modify the deadlines as set forth in order to prevent

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

motion practice and expedited expense related to holiday travel of key personnel:

| EVENT | CURRENT DEADLINE | STIPULATED DEADLINE |
|---|---|---|
| *Discovery Cut-off* | December 15, 2009 | *February 15, 2010* |
| *Expert Disclosure/Reports* | January 15, 2009 | *February 15, 2010* |
| *Expert Rebuttal Reports* | February 1, 2010 | *March 1, 2010* |
| *Expert Cut-off* | March 1, 2010 | *April 1, 2010* |

WHEREAS E&E's CEO Edmund Jin and other key employees of plaintiff are out of the country until after December 15, 2009, and unable to be deposed;

WHEREAS Divatex Home Fashion Inc.'s employees will be deposed in New York, requiring extensive scheduling and travel to be made;

WHEREAS the plaintiff has attempted to produce substantive responses to written discovery on a timely basis, but many of its key personnel are out of the country for the holidays and the remaining staff is in its busiest time of year, the parties agree that rather than do piecemeal production that will likely result in serial motions to compel, a thirty day extension until January 14, 2010 will reduce cost and delay as a result of holiday travel plans, and will allow adequate time for production of written discovery prior to the depositions;

WHEREAS the parties agree that this does not reopen discovery for all purposes, but rather allows for completion of discovery previously served prior to the December 15, 2009 deadline; and

WHEREAS counsel recognize that there is good cause to modify the scheduling order and that the parties have worked in good faith to meet the deadline previously been set by the Court, but based on circumstances beyond their control, cannot reasonably meet the set deadlines.

The parties in the above-captioned matter, by and through their attorneys of record, hereby stipulate and jointly request that this Court extend all the fact and expert discovery dates by one month for the purpose of allowing the parties to conduct the fact depositions previously discussed pursuant to Local Rule 30-1 and in turn allow the experts to consider the deposition testimony that may be taken as it may be relevant to their expert opinions.

///

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   Dated: December 14, 2009                SHARTSIS FRIESE LLP

2

3                                           By: /s/ Felicia A. Draper
                                                FELICIA A. DRAPER
                                                Attorneys for Plaintiff
4                                               E&E CO., LTD.

5   Dated: December 14, 2009                ROPERS, MAJESKI, KOHN & BENTLEY

6

7                                           By: /s/ Lael D. Andara
                                                ROBERT P. ANDRIS
8                                               LAEL D. ANDARA
                                                Attorneys for Defendant
9                                               DIVATEX HOME FASHION, INC.

10

11                          [] ORDER

12      **The Scheduling Order of August 11, 2009, is hereby modified as follows:**

13      1.      The Court referred the case to Court Mediation which was conducted on

14   November 18, 2009.

15      2.      The Discovery cutoff is **February 15, 2010**.

16      3.      Disclosure of experts is set for **February 15, 2010**.

17      4.      Disclosure of rebuttal experts is set for **March 1, 2010**.

18      5.      Expert discovery cutoff is set for **April 1, 2010**.

19      6.      A hearing is scheduled for dispositive motions on June __18__, 2010 at 9 a.m..

20      7.      The Pretrial Conference Statement is due July __16__, 2010.

21      8.      The Pretrial Conference is scheduled for July _22_, 2010, at 2 p.m.

22      9.      The trial date is August __2__, 2010, at 1:30 p.m., before a jury.

23      IT IS SO ORDERED:

24   Dated: _____

25                                           _____
                                             HONORABLE RONALD M. WHYTE
26                                           UNITED DISTRICT COURT JUDGE

27

28

RC1/5449215.1/LB4                - 3 -      MOTION TO MODIFY SCHEDULING ORDER;
                                            DISCOVERY STIPULATION AND []
                                            ORDER - 5:08-CV-05660-RMW

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City