SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
JAMES P. MARTIN (Bar #170044)
FELICIA A. DRAPER (Bar #242668)
KATHERINE R. MILLER (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email: rward@sflaw.com
       jmartin@sflaw.com
       fdraper@sflaw.com
       kmiller@sflaw.com

*E-FILED - 1/22/10*

Attorneys for Plaintiff
E&E Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E Co., Ltd., a California Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation and HIMATSINGKA AMERICA, INC., a New York corporation and DOES 1-100, inclusive,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.  C-08-05660 RMW<br><br>**STIPULATION TO DISMISS [FED. R. CIV. PROC. 41] AND ORDER** |

   IT IS HEREBY STIPULATED by and between E&E CO., LTD. ("E&E"), DWI HOLDINGS, INC. ("DWI"), and HIMATSINGKA AMERICA, INC. ("Himatsingka") (collectively, the "Parties") by and through their undersigned counsel, enter into this Stipulation so as to provide for the dismissal of their claims against one another without costs.

   THE PARTIES DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

   1.   E&E dismisses with prejudice its cause of action for Unlawful Competition against

- 1 -

Case No.  C-08-05660 RMW    STIPULATION TO DISMISS [FED. R. CIV. PROC. 41]

DWI and Himatsingka.

2. E&E Co., Ltd. dismisses without prejudice its cause of action for Copyright Infringement under 17 U.S.C. § 501 against Himatsingka.

3. Himatsingka is dismissed as a defendant without prejudice from this lawsuit.

4. DWI is dismissed as a defendant with prejudice from this lawsuit.

5. DWI and Himatsingka dismiss with prejudice their counterclaim cause of action for Unlawful Competition against E&E.

6. DWI and Himatsingka dismiss with prejudice their counterclaim cause of action for Tortious Interference with Business Relations against E&E.

7. Himatsingka dismisses without prejudice its declaratory judgment counterclaim against E&E.

DATED: November 19, 2009         SHARTSIS FRIESE LLP

By:      */s/ James P. Martin*
                JAMES P. MARTIN

Attorneys for E&E CO., LTD.

DATED: January 15, 2010         MCDERMOTT WILL & EMERY LLP

By:      */s/ Edwin H. Wheeler*
                EDWIN H. WHEELER

Attorneys for DWI HOLDINGS, INC. and HIMATSINGKA AMERICA, INC.

**ORDER**

**IT IS SO ORDERED.**

DATED: 1/22/10

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE