SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
JAMES P. MARTIN (Bar #170044)
FELICIA A. DRAPER (Bar #242668)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com
       jmartin@sflaw.com
       fdraper@sflaw.com

*E-FILED - 7/14/10*

Attorneys for Plaintiff E&E Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E Co., Ltd., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DIVATEX HOME FASHION, INC., a New York corporation, DWI HOLDINGS, INC., a Delaware corporation and HIMATSINGKA AMERICA, INC., a New York corporation and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C-08-05660 RMW<br><br>**STIPULATION TO DISMISS [FED. R. CIV. PROC. 41] AND ORDER** |
| AND RELATED COUNTERCLAIM | |

Plaintiff E&E CO., LTD. ("E&E") and Defendant DIVATEX HOME FASHION, INC. ("DIVATEX") (collectively, the "Parties"), by and through their respective, undersigned counsel, enter into this Stipulation so as to provide for the dismissal of this action.

WHEREAS the Parties have entered into a Settlement Agreement, resolving the Copyright Infringement cause of action E&E asserted against DIVATEX in this action;

THE PARTIES DO HEREBY STIPULATE AND AGREE that E&E dismisses with prejudice its cause of action for Copyright Infringement under 17 U.S.C. § 501 against DIVATEX.

DATED: June 23, 2010         SHARTSIS FRIESE LLP

By:      */s/ Robert Charles Ward*
         ROBERT CHARLES WARD

Attorneys for E&E CO., LTD.

DATED: June 23, 2010         ROPERS, MAJESKI, KOHN & BENTLEY

By:      */s/Robert P. Andris*
         ROBERT P. ANDRIS

Attorneys for DIVATEX HOME FASHION, INC.

**ORDER**

**IT IS SO ORDERED.**

DATED: 7/14/10

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE

6197\009\1640947.1

Case No. C-08-05660 RMW — STIPULATION TO DISMISS [FED. R. CIV. PROC. 41] - 2 -

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111